**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00450-CR

### ANTONIO PATTERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-59304-K**

## ORDER

The Court **REINSTATES** this appeal.

On March 18, 2014, this Court ordered the trial court to make findings regarding why court reporter Janice Garrett has not filed the reporter's record in this appeal. We **ADOPT** the findings that: (1) Ms. Garrett is not deliberately disobeying orders of this Court; (2) the notes have not been lost; (3) Ms. Garrett's explanation for the delay in filing this record is her workload; and (4) Ms. Garrett stated she could file the reporter's record in this appeal within thirty days of the March 26, 2014 findings. Because the record is already nine months overdue, the Court will reserve the issue of whether Ms. Garrett shall be required to surrender her notes for preparation by another court reporter.

We **ORDER** Janice Garrett to file, by **MAY 2, 2014**, the complete reporter's record, including exhibits. If the Court does not receive the complete reporter's record by the date specified, the Court may order that Janice Garrett surrender her notes of this case to the trial court for another court reporter to prepare the record.

The Court further **ORDERS** that Janice Garrett not sit as a court reporter until the complete record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, court reporter; counsel for all parties; and to the Dallas County Auditor's Office.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE